*See Attachment A2*

# FORM A

Rev. 10/10

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY**

FILED
JAMES J. VILT, JR. - CLERK
FEB 17 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Shawn E. Smith #429892 LMDC
John Doe "ETC"
Detainee(s) Inmate(s)
(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 3:21-CV-103-DJH
(To be supplied by the clerk)

Dewayne Clark (Director)
Eric Troutman (Asst. Director)
Steve Durham (Dep. Director)
Martin Baker (Deputy Dir.)
Department of Corr.
Louisville Metro Detention Center
(Full name of the Defendant(s) in this action)

( ) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Shawn E. Smith

Place of Confinement: Louisville Metro Department of Corrections

Address: 400 South, 6th Street Louisville, Ky. 40202

Status of Plaintiff: CONVICTED (✓) PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: N/A

Place of Confinement: N/A

See Attachment A3

# FORM A2

Rev. 10/10

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

Shawn E. Smith #429892 "LMDC"

John Doe "ETC"

Detainee(s) - Inmates
(Full name of the Plaintiff(s) in this action)

v. Sgt Elmoore (Shift Sgt.)

Derek Hughes (Bdg #979) 979

Devin Ballard [Bdg #905] #905

Nurse Redd ("LPN" @ LMDC)

Nurse Moon "LPN" @ LMDC

Dr. Smith "MD" @ LMDC
(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:21-CV-103-DJH
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I.   PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Shawn E. Smith

Place of Confinement: Louisville Metro Department of Corrections

Address: 400 South 6th Street Lou. Ky. 40202

Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: N/A

Place of Confinement: N/A

**FORM A3**

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

Shawn E. Smith #"LMDC" #429892

John Doe "ETC"

Detainee(s) - Inmate(s)
(Full name of the Plaintiff(s) in this action)

v.

#1) Louisville Metro Department - of Correction Medical - Department...

#2) WellPath Health Services

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:21-CV-103-DJH
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Shawn E. Smith

Place of Confinement: Louisville Metro Department of Corrections

Address: 400 South 6th Street Louisville Ky. 40202

Status of Plaintiff: CONVICTED (✓) PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: N/A

Place of Confinement: N/A

Address: _N/A_

Status of Plaintiff: CONVICTED ( )   PRETRIAL DETAINEE ( )

(3) Name of Plaintiff: _N/A_

Place of Confinement: _N/A_

Address: _N/A_

Status of Plaintiff: CONVICTED (X)   PRETRIAL DETAINEE (X)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _Dewayne Clark_ is employed as _Director_ at _LMDC_.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant _Eric Troutman_ is employed as _Assistant/Deputy Dir._ at _LMDC_.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant _Steve Durham_ is employed as _Deputy Director_ at _LMDC_.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(4) Defendant _Martin Baker_ is employed as _Deputy Director_ at _LMDC_.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

Address: N/A

Status of Plaintiff: CONVICTED (Ⓧ) PRETRIAL DETAINEE (Ⓧ)

(3) Name of Plaintiff: N/A

Place of Confinement: N/A

Address: N/A

Status of Plaintiff: CONVICTED (Ⓧ) PRETRIAL DETAINEE (Ⓧ)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Sgt. Elmoore__ is employed
Corrections officer
as __Shift Sergeant__ at __LMDC__.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant __Devin Ballard #905__ is employed

as __Corrections Officer__ at __LMDC__.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant __Derek Hughes #975__ is employed

as __Corrections Officer__ at __LMDC__.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(4) Defendant "LPN" Nurse Mrs. Moon is employed

as __Nurse (LPN - RN)__ at __LMDC + "WellPath"__.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

2

Address: N/A

Status of Plaintiff: CONVICTED ( ∅ )  PRETRIAL DETAINEE ( ✓ )

(3) Name of Plaintiff: N/A

Place of Confinement: N/A

Address: N/A

Status of Plaintiff: CONVICTED ( ✗ )  PRETRIAL DETAINEE ( ✗ )

(B) **Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Nurse Mrs. Redd__ is employed as __Reg. Nurse / LPN__ at __LMDC & "WellPath"__.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant __LMDC Medical Department__ is employed as __Medical Department__ at __LMDC__.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant __"WellPath" Health Services__ is employed as __Medical, Healthcare, Provider__ at __LMDC__.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(4) Defendant __Dr. Smith__ is employed as __M.D., Doctor__ at __LMDC & "WellPath"__.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

2

Address: N/A

Status of Plaintiff: CONVICTED (X) PRETRIAL DETAINEE (X)

(3) Name of Plaintiff: N/A

Place of Confinement: N/A

Address: N/A

Status of Plaintiff: CONVICTED (X) PRETRIAL DETAINEE (X)

(B) **Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Louisville Metro Department of Corr.__ is employed as __LMDC__ at __LMDC__.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant __"ETC"__ is employed as __N/A__ at __N/A__.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant __"ETC"__ is employed as __N/A__ at __N/A__.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(4) Defendant __"ETC"__ is employed as __N/A__ at __N/A__.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

2

(5) Defendant N/A is employed as N/A at N/A.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): None "N/A"
None "N/A"

Defendant(s): None "N/A"
None "N/A"

Court (if federal court, name the district. If state court, name the county):
N/A

Docket number: N/A

Name of judge to whom the case was assigned: N/A

Type of case (for example, habeas corpus or civil rights action): N/A

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
N/A

Approximate date of filing lawsuit: N/A

Approximate date of disposition: N/A

3

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

CLAIM #1 - Violation of Sixth-6th, Eigth 8th and Fourteenth 14th Amendments [Constitutional Rights] On 12-1-20 I was Transported by LMDC Correctional Court Officer, to attend Court in Jefferson County District Court Proceedings over Phone Conferrence In which it Never took Place due to the Officer #1.) Not allowing me to speak with my Attorney by hanging up the calls when she tried to contact me on the Appointed Phone several times. And Because of his action and deliberate Negligence I was Not able to have My Case heard In which Violated My Sixth (6th), Eigth (8th) and Fourteenth (14th) Constitutional rights was Violated. #2 Again on 12-8-2020 when LMDC again Neglected to allow me to attend Court Proceedings by not Providing me a way to attend a Circuit Case Proceeding being held in Division 8 IN

4

### III. STATEMENT OF CLAIM(S) continued

The Same County and Caused a warrant to be issued For my arrest although I was incarcerated. See Exhibit [#1 ; #1A] ; Attachments [#1B] A Inmate Grievance was Filed complaining of Incident [SEE Exhibit #1] stating Prisoner Rights were violated Per LMDC Policy and I was meeting the Protocol by Grievancing the Violation. LMDC Grievance Counselors answered Grievances without Processing as away of being Elusive, Evasive, violating My Rights For Due Process of Court & Process of Grievances. Also [See Exhibit (#2)(#2A) #(2B), #2C] LMDC and it's Staff used tactics that was cruel and unusual Punishment by Intentionally targeting ME For Fileing Above Grievances.

["Claim #2] Excessive Force used without Just Cause, Cruel and unusual Punishment While Being housed at LMDC on 12-23-2020 I was experiencing extreme pain around 5:00 AM IN which I sought medical attention

## III. STATEMENT OF CLAIM(S) continued

SGT. ELMOORE along with other LMDC officers Devin Ballard #905 & Derek Hughes #979 (E.TC) [others] and medical Nurse [MRS. Redd] & Nurse [Ms. Moon] arrived. I began to inform them that I couldnt move my Right shoulder that it was out of place and I was in dire Need of Medical attention. [Nurse Redd] attempted to aid me when she was prevented from doing so by C/O Devin Ballard #905 And his colleauges. By useing Cruel and unusual Punishment and also Excessive Force on the command of SGT. ELMOORE The officers Prevented ME from obtaining "ANY" Medical Treatment. They attacked, Placed me back into the dorm were I remained in my bed area (J-34A) untill officer Ballard & officer Hughes Returned and Continued their assault and humiliation to Me. I was placed IN "CUFFS" Slammed & Thrown. Then grabbed by my "torso" and "Face" and then slammed against the door to exit the dorm (J-34A). I was taken to Central Control holdover where I was held and Forced to urinate In A

## III. STATEMENT OF CLAIM(S) continued

Styrofoam container because I wasnt allowed Restroom access. Later that day I Filed A Greivance on those Officers and the entire incident But Found that No resolution was given. [SEE Exhibit #3] (Attachments) I exhausted every method LMDC states a "Inmate Rights" could use and Found no relief.

[CLAIM #3] "Medical Neglect" Providing "Inadequate" "Medical Treatment" or "Services" and "Mal Practice".

The LMDC Administration Failed to Provide A "HEALTH CARE" "PROVIDER" to give adequate HEALTH CARE Services and Treatment. LMDC as a whole Failed to Provide Protection For My Health and well Being, By Placing me in Hazardous Situations with other inmates infected with H.I.V. also COVID-19, Etc. along with Bio Hazardous conditions, "Poor Plumbing". Housing myself along with other Inmates in DORM (J45A) containing Hazardous and Contaminated tolites that are unsanitary By any Humans standards. My Health My Safety My inmate Rights

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Along with my Constitutional Rights are in Constant violation. Amendment Six (6) Eigth (8) Fourtenth (14th). By Being Negligent, evasive to policy and Procedures Being malicious and going outside of Protocol with malicious intent [SEE ALL MEDICAL Exhibits]

Example 1.) Placed me in a high profile dorm through Classification disreguarding documented Medical injuries that Prevent me From the ability to defend MyselF in a hostile enviornments as a means oF Cruel and unusual Punishment.

Example 2.) Failure to Process Grievances and action Request Forms Deliberately with malicious Intent.

Example 3.) ReFused to Provide Adequate medical Aid [TREATMENT AND OR Services].

Example 4.) Violating All 501 KAR 3:140 statues Deliberately and entirely. [SEE ALL Exhibits 1-3] INCluDing Alphabetical (A)(B)(C)(D) ETC.

Cont: (OB)

Exhibit # 1

Attachment

## Louisville Metro Department of Corrections

### Inmate Grievance Form

| Security | | Property | | Use of Force | ✓ |
|---|---|---|---|---|---|
| Classification | | Food Service | | Administration | |
| Medical | | Maintenance | | Other | ✓ |

Name: Shawn Smith      CIN Number: 00429892

Housing Assignment: ~~ES~~ ~~JH5A~~ JH5A      Date: 12-22-20

**Brief Statement of Grievance**

MY Grievance was filed on 12/8 and was not thoughly investigated. My Grievance should have been given to who could understand proper notations. I feel it is bias that if it wasn't legable then it should have been sent back to the floor for further protocall. I showed the previous grievance to the floor officer and sergent also inmates who said they could read it perfectly and it was legable. I feel like my due process was M'shandled to inadequatly further more, and this process to all grievances should be investigated rather its completly legable or Not. If someone files a grievance that couldn't be totally read, someone could have followed up.

**Action Requested**

That someone Review last and all grievances through My due Process was Violated

Grievant Signature: Shawn Smith    Date: 12-22-20    Grievance Counselor: SS    Date: 12-29-2020

### Resolution Response

**Recommendations**

Spoke with inmate today regarding better understanding of the grievance on 12/8 and advised can rewrite grievance and resubmit.

Supervisor/Staff Signature: SS    Date: 12-29-2020

( ) I am satisfied with the recommendation.
( ) I wish to appeal this recommendation to the Director (You have five (5) working days to forward this form to the Director).

Grievant Signature    Date    Grievance Counselor    Date

03-5.02-1  3/11
Original: File      Yellow: Inmate Copy with Response      Pink: Inmate Initial Grievance

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 2,000,000∞

✓ grant injunctive relief by Pain & Suffering Compensation & Freedom

✓ award punitive damages in the amount of $ 500,000∞

✓ other: Mental Anguish "Compensation", Time Spent In Custody "Compensation" "ETC"

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 10 day of Feb. 10th, 2021

2-10-21

___Shawn E. Smith___ #LMDC 429892
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 2-10-21.

___Shawn Smith___
(Signature)

6

Shawn E. Smith
400 S. 6th St.
Louisville KY 40202



LOUISVILLE KY 402
TUE 16 FEB 2021 PM

JAIL MAILED
UNCENSORED
Louisville Mail Co.
Contents inside

**FILED**
JAMES J. VILT, JR. - CLERK
FEB 17 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

ATT: Clerks Office
Gene Snyder Courthouse
United States District Courts
601. W Broadway, Rm 106
Louisville KY 40202