UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SHAWN E. SMITH,     Plaintiff,

v.     Civil Action No. 3:21-cv-P103-DJH

DEWAYNE CLARK *et al.*,     Defendants.

\* \* \* \* \*

## ORDER

For the reasons set forth in the Memorandum entered this date, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the instant action is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b).

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: February 9, 2022

David J. Hale, Judge
United States District Court

cc:    Plaintiff, *pro se*
       Jefferson County Attorney
       Magistrate Judge Lindsay
4415.010